DANIEL F. POLSENBERG (SBN 2376)
JOEL D. HENRIOD (SBN 8492)
ABRAHAM G. SMITH (SBN 13250)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
(702) 949-8398 (Fax)
DPolsenberg@lewisroca.com
JHenriod@lewisroca.com
ASmith@lewisroca.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA;<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC.; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROE CORPORATIONS 1 through 20,<br><br>Defendants,<br><br>*and*<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.<br><br>Nominal Defendants. | Case No. 2:22-cv-01433-RFB-VCF<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE:**<br><br>**(1) TO AMEND COMPLAINT (FIRST REQUEST)**<br><br>**(2) TO RESPOND TO COUNTERCLAIM (ECF NO. 7) (FIRST REQUEST)**<br><br>**(3) TO RESPOND TO MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT (ECF NO. 6) (SECOND REQUEST)**<br><br>**(4) FOR DEFENDANTS TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

LEWIS ROCA

The parties hereby stipulate and agree to extend the case deadlines as follows:

1. A 21-day extension, through Friday, October 21, 2022, for Scott Freeman, M.D., as trustee for the Scott Mitchell Freeman Revocable Living Trust, dated March 10, 2012, for itself and as assignee of Ferdinand Belga ("plaintiff") to amend his complaint. This is the first request to extend this deadline.

2. A 10-day extension, through Friday, October 21, 2022, for plaintiff to respond to defendant Stephen Hurst's counterclaims for damages (ECF No. 7). This is the first request to extend this deadline.

3. A 21-day extension, through Friday, October 21, 2022, for plaintiff to respond to defendants Sunray Asset Management, Inc., Savant HWP, Inc., and Nico Forte's motion to dismiss or for more definite statement (ECF No. 6). This is the second request to extend this deadline.

4. An extension through November 21, 2022, for defendants to respond to the complaint and to amend counterclaims. This is the first request to extend this deadline.

There is good cause for this extension. Plaintiff's counsel has been engaged in simultaneous state-court jury trials—lead counsel in a trial in Las Vegas, and other counsel in a trial in Reno. This has detracted from counsel's ability to complete the amended complaint. Plaintiff's counsel will work diligently during the extension period and will continue to accommodate reasonable requests from opposing counsel.

Dated this 30th day of September, 2022.

| | |
|---|---|
| LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP<br><br>By: */s/ Abraham G. Smith*<br>    DANIEL F. POLSENBERG (SBN 2376)<br>    JOEL D. HENRIOD (SBN 8492)<br>    ABRAHAM G. SMITH (SBN 13250)<br>    3993 Howard Hughes Parkway<br>    Suite 600<br>    Las Vegas, Nevada 89169<br><br>    *Attorneys for Plaintiff*<br><br>PARSONS BEHLE & LATIMER<br><br>By: */s/ Rew R. Goodenow*<br>    REW R. GOODENOW (SBN 3722)<br>    MICHAEL R. KEALY (SBN 971)<br>    ZACHARY S. SHEA (SBN 15094)<br>    50 West Liberty Street, Suite 750<br>    Reno, Nevada 89501<br><br>    *Attorneys for Defendants Stephen Hurst, Sunray Asset Management, Inc., Savant HWP Holdings, Inc. and Nico Forte*<br><br>SANTORO WHITMIRE<br><br>By: */s/ Nicholas J. Santoro*<br>    NICHOLAS J. SANTORO (SBN 532)<br>    JASON D. SMITH (SBN 9691)<br>    10100 W. Charleston Blvd.<br>    Suite 250<br>    Las Vegas, Nevada 89135<br>    (702) 948-8771<br><br>    *Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull* | KAEMPFER CROWELL<br><br>By: */s/ Robert McCoy*<br>    ROBERT MCCOY (SBN 9121)<br>    BRITTNEY LEHTINEN (SBN 15949)<br>    1980 Festival Plaza Drive<br>    Suite 650<br>    Las Vegas, Nevada 89135<br><br>    *Attorneys for Defendant Russell Burbank, as liquidating trustee for nominal defendants Savant Addiction Medicine, LLC and Savant HWP Holdings, LLC*<br><br>TROUTMAN PEPPER<br>HAMILTON SANDERS<br><br>By: */s/ Brody R. Wight*<br>    BRODY R. WIGHT (SBN 13615)<br>    8985 South Eastern Avenue,<br>    Suite 200<br>    Las Vegas, Nevada 89123<br><br>    *Attorney for Nominal Defendants Savant Addiction Medicine LLC and Savant HWP Holdings, LLC* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-6-2022 _____