1  DANIEL F. POLSENBERG (SBN 2376)
   JOEL D. HENRIOD (SBN 8492)
2  ABRAHAM G. SMITH (SBN 13,250)
   KORY J. KOERPERICH (SBN 14,559)
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169-5996
   (702) 949-8200
5  (702) 949-8398 (Fax)
   DPolsenberg@LewisRoca.com
6  JHenriod@LewisRoca.com
   ASmith@LewisRoca.com
7  KKoerperich@LewisRoca.com

8  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA; <br><br> Plaintiff, <br><br> *vs.* <br><br> STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; and BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC, <br><br> Defendants, <br><br> *and* <br><br> SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC. <br><br> Nominal Defendants. | Case No. 2:22-cv-01433-RFB-VCF <br><br> **UNOPPOSED JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR ALL DEFENDANTS TO RESPOND TO AMENDED COMPLAINT (ECF NO. 40)** <br><br> **(FIRST REQUEST)** |

1  The parties agree and move this court for an order extending the time
2  through Thursday, December 15, 2022, for all defendants to respond to plain-
3  tiff's Amended Complaint (ECF No. 40).

4  There is good cause of the extension, as granting it would allow defend-
5  ants to file their responses to a complex amended complaint with multiple sub-
6  parts. The defendants' deadline to respond to Plaintiff's amended complaint is
7  November 21, 2022.  As such, this motion is timely. This is defendants' first
8  request to extend this deadline for the amended complaint.

9  Dated this 21st day of November, 2022.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/ Abraham G. Smith*
    DANIEL F. POLSENBERG (SBN 2376)
    JOEL D. HENRIOD (SBN 8492)
    ABRAHAM G. SMITH (SBN 13,250)
    KORY J. KOERPERICH (SBN 14, 559)
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

PARSONS BEHLE & LATIMER

By: */s/ Zachary S. Shea*
    REW R. GOODENOW (SBN 3722)
    MICHAEL R. KEALY (SBN 871)
    ZACHARY S. SHEA (SBS 15,094)
    50 West Liberty Street, Suite 750
    Reno, Nevada 89501

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc., and Nico Forte*

KAEMPFER CROWELL

By: */s/ Robert McCoy*
    ROBERT MCCOY (SBN 9121)
    BRITTNEY LEHTINEN (SBN 15,949)
    1980 Festival Plaza Drive
    Suite 650
    Las Vegas, Nevada 89135

*Attorneys for Defendants Russell Burbank and BPM, LLP*

SANTORO WHITMIRE

By: */s/ Jason D. Smith*
    NICHOLAS J. SANTORO (SBN 532)
    JASON D. SMITH (SBN 9691)
    10100 W. Charleston Boulevard,
    Suite 250
    Las Vegas, Nevada 89135

    JOHN M. GRIEM (*pro hac vice*)
    MEREDITH B. SPELMAN (*pro hac vice*)
    GARY D. SESSER (*pro hac vice*)
    CARTER LEDYARD & MILBURN LLP
    28 Liberty Street, 41st Floor
    New York, New York 10005

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*



1  TROUTMAN PEPPER
2  HAMILTON SANDERS LLP

3
4  By: */s/ Brody R. Wight*
   BRODY R. WIGHT (SBN 13,615)
   8985 S. Eastern Avenue, Suite 200
5  Las Vegas, Nevada 89123

6  *Attorneys for Defendants Savant*
   *HWP Holdings, LLC and Savant*
7  *Addiction Medicine LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-22-2022

2