NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com

GARY D. SESSER, ESQ.
(Admitted *Pro Hac Vice*)
JOHN M. GRIEM, ESQ.
(Admitted *Pro Hac Vice*)
MEREDITH B. SPELMAN, ESQ.
(Admitted *Pro Hac Vice*)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, New York 10005
Tel.: (212) 732-3200
Email: sesser@clm.com
          griem@clm.com
          spelman@clm.com

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROSE | Case No. 2:22-cv-01433-RFB-VCF<br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**SUBSTITUTION OF ATTORNEYS** |

|  |  |
|---|---|
| CORPORATIONS 1 through 20, | |
| Defendants, | |
| AND | |
| SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC, | |
| Nominal Defendants. | |

Defendants CAREY TURNBULL and CERUVIA LIFESCIENCES LLC ("*Defendants*") hereby substitute and appoint Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. of the law firm HOLLEY DRIGGS as their attorneys in the place and stead of Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. of the law firm of SANTORO WHITMIRE. Defendants will continue to also be represented by Gary D. Sesser, Esq., John M. Griem, Esq., and Meredith B. Spelman, Esq. of the law firm CARTER LEDYARD & MILBURN LLP. HOLLEY DRIGGS will replace SANTORO WHITMIRE as local counsel in this matter, effective February 17, 2023.

DATED this 14th of February 2023.

**CERUVIA LIFESCIENCES LLC**

By: _____          By: _____
**KATHLEEN MONROE**                          **CAREY TURNBULL**
Chief Operating Officer

The law firm of SANTORO WHITMIRE hereby consents to the substitution of the law firm HOLLEY DRIGGS as attorneys for Defendants.

DATED this 17th day of February 2023.

**SANTORO WHITMIRE**

/s/ Jason D. Smith
NICHOLAS J. SANTORO, ESQ. (NBN 532)
JASON D. SMITH, ESQ. (NBN 9691)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
            jsmith@santoronevada.com

I am duly admitted to practice in this District and accept the above substitution this 17th day of February 2023.

                **HOLLEY DRIGGS**

                /s/ Jason D. Smith
                NICHOLAS J. SANTORO, ESQ.
                Nevada Bar No. 532
                JASON D. SMITH, ESQ.
                Nevada Bar No. 9691
                300 South 4th Street, Suite 1600
                Las Vegas, Nevada 89101
                Tel.: (702) 791-0308 / Fax: (702) 791-1912
                Email: nsantoro@nevadafirm.com
                     jsmith@nevadafirm.com

                *Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

Please check one:  X RETAINED, or ___APPOINTED BY THE COURT

                APPROVED:

                UNITED STATES MAGISTRATE JUDGE
                DATED: 2-17-2023

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 17th day of February 2023, I electronically filed the **SUBSTITUTION OF ATTORNEYS** with the Clerk of the Court using the CM/ECF system which sent notification to the counsel of record in this matter:

          */s/ Rachel Jenkins*
          An employee of HOLLEY DRIGGS