NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
        jsmith@nevadafirm.com

GARY D. SESSER, ESQ.
(Admitted *Pro Hac Vice*)
JOHN M. GRIEM, ESQ.
(Admitted *Pro Hac Vice*)
MEREDITH B. SPELMAN, ESQ.
(Admitted *Pro Hac Vice*)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, New York 10005
Tel.: (212) 732-3200
Email: sesser@clm.com
        griem@clm.com
        spelman@clm.com

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE | Case No. 2:22-cv-01433-RFB-VCF<br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR CERUVIA LIFESCIENCES AND CAREY TURNBULL TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 62) AND IN RESPONSE TO PLAINTIFF'S OPPOSITION (ECF NO. 85)**<br><br>(FIRST REQUEST) |

INDIVIDUALS 1 through 20; and ROSE CORPORATIONS 1 through 20,

Defendants,

AND

SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC,

Nominal Defendants.

Defendants CAREY TURNBULL and CERUVIA LIFESCIENCES LLC ("*Ceruvia Defendants*") and Plaintiff SCOTT FREEMAN, M.D., AS TRUSTEE FOR THE SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, DATED MARCH 10, 2012, FOR ITSELF AND AS ASSIGNEE OF FERDINAND BELGA ("*Plaintiff*") hereby stipulate to an extension of time for the Ceruvia Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 62) and in response to Plaintiff's opposition brief (ECF No. 85) to May 15, 2023.

Good cause exists for this extension as the Ceruvia Defendants and Plaintiff are involved in substantive settlement discussions that may resolve the dispute as between these parties. To avoid further incurrence of attorneys' fees and costs, and any further use of judicial resources related to disposition of the Ceruvia Defendants' motion, the parties request this extension to permit an opportunity to reach resolution of their dispute.

This is the parties' first request to extend the Ceruvia Defendants' reply brief deadline.

Dated this 23rd day of February, 2023.

| | |
|---|---|
| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **HOLLEY DRIGGS** |
| /s/ Abraham G. Smith<br>DANIEL F. POLSENBERG, ESQ.<br>Nevada Bar No. 2376<br>JOEL D. HENRIOD, ESQ.<br>Nevada Bar No 8492<br>ABRAHAM G. SMITH, ESQ.<br>Nevada Bar No. 13250<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiff* | /s/ Jason. D. Smith<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 0532<br>JASON D. SMITH, ESQ.<br>Nevada Bar No. 9691<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br><br>GARY D. SESSER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>JOHN M. GRIEM, ESQ.<br>(Admitted *Pro Hac Vice*)<br>MEREDITH B. SPELMAN, ESQ.<br>(Admitted *Pro Hac Vice*)<br>**CARTER LEDYARD & MILBURN LLP**<br>28 Liberty Street, 41st Floor<br>New York, New York 10005<br><br>*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull* |

**IT IS ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of February, 2023.