| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Brittney Lehtinen, No. 15949 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: blehtinen@kcnvlaw.com |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Bruce A. Ericson *(pro hac vice)* |
| 7 | Lee Brand *(pro hac vice)* |
| | Four Embarcadero Center, 22nd Floor |
| 8 | San Francisco, California 94111 |
| | Email: bruce.ericson@pillsburylaw.com |
| 9 | Email: lee.brand@pillsburylaw.com |
| 10 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | David G. Keyko *(pro hac vice)* |
| 11 | 31 West 52nd Street |
| | New York, New York 10019 |
| 12 | Email: david.keyko@pillsburylaw.com |
| 13 | Attorneys for Defendants BPM LLP |
| | and Russell Burbank |
| 14 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA; | Case No. 2:22-cv-01433-RFB-VCF |
| 18 | | Consolidated with: |
| 19 | | 2:22-cv-01903-JCM-BNW |
| 20 | Plaintiff, | |
| 21 | vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS BPM LLP AND RUSSELL BURBANK TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 91)** |
| 22 | STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT | |
| 23 | | |
| 24 | | **FIRST REQUEST** |

|   |   |
|---|---|
| 1 | HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC, |
| 2 |   |
| 3 | Defendants, |
| 4 | and |
| 5 | SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC., |
| 6 |   |
| 7 | Nominal Defendants. |

Defendants Russell Burbank and BPM LLP ("BPM Defendants") and Plaintiff Scott Freeman, M.D., as trustee for the Scott Mitchell Freeman Revocable Trust, dated March 10, 2012, for itself and as assignee of Ferdinand Belga ("Plaintiff") stipulate to an extension of time for the BPM Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 91) from March 15, 2023 to May 15, 2023.

This is the first requested extension of this deadline. Plaintiff and the BPM Defendants seek this stipulation to save judicial and party resources while allowing the settlement discussions that were previously reported to the Court (*see* ECF No. 101) to progress to determine whether they might resolve some or all of the claims in this case. This stipulation will also serve to align the briefing schedule

1  on this motion with the extended briefing schedule the Court has already granted for

2  the concurrently filed motion by the Ceruvia Defendants (ECF No. 102).

| LEWIS ROCA ROTHGERBER CHRISTIE | KAEMPFER CROWELL |
|---|---|
| /s/ Abraham G. Smith<br>Daniel F. Polsenberg, No. 2376<br>J. Christopher Jorgensen, No. 5382<br>Joel D. Henriod, No. 8492<br>Abraham G. Smith, No. 13250<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89169<br><br>Attorneys for Plaintiff<br>Scott Freeman, M.D. | Robert McCoy, No. 9121<br>Brittney Lehtinen, No. 15949<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Bruce A. Ericson *(pro hac vice)*<br>Lee Brand *(pro hac vice)*<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, California 94111<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>David G. Keyko *(pro hac vice)*<br>31 West 52nd Street<br>New York, New York 10019<br><br>Attorneys for Defendants BPM LLP and Russell Burbank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2023