NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
       jsmith@nevadafirm.com

GARY D. SESSER, ESQ.
(Admitted *Pro Hac Vice*)
JOHN M. GRIEM, ESQ.
(Admitted *Pro Hac Vice*)
MEREDITH B. SPELMAN, ESQ.
(Admitted *Pro Hac Vice*)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, New York 10005
Tel.: (212) 732-3200
Email: sesser@clm.com
       griem@clm.com
       spelman@clm.com

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROSE | Case No. 2:22-cv-01433-RFB-VCF<br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**STIPULATED MOTION AND ORDER TO:**<br><br>**(1) EXTEND DEADLINE FOR CERUVIA LIFESCIENCES AND CAREY TURNBULL TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 62) AND IN RESPONSE TO PLAINTIFF'S OPPOSITION (ECF NO. 85)**<br>(SECOND REQUEST)<br><br>**AND** |

| | |
|---|---|
| CORPORATIONS 1 through 20,<br><br>Defendants,<br><br>AND<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC,<br><br>Nominal Defendants. | **(2) TO EXCEED PAGE LIMIT ON REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 62) AND IN RESPONSE TO PLAINTIFF'S OPPOSITION (ECF NO. 85)**<br><br>(FIRST REQUEST) |

Defendants CAREY TURNBULL and CERUVIA LIFESCIENCES LLC ("*Ceruvia Defendants*") and Plaintiff SCOTT FREEMAN, M.D., AS TRUSTEE FOR THE SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, DATED MARCH 10, 2012, FOR ITSELF AND AS ASSIGNEE OF FERDINAND BELGA ("*Plaintiff*") hereby stipulate to an extension of time for the Ceruvia Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 62) and in response to Plaintiff's opposition brief (ECF No. 85) from May 15, 2023 to July 15, 2023.

Good cause exists for this extension as the Ceruvia Defendants and Plaintiff are involved in substantive settlement discussions and have reached an agreement in principle to settle the claims between them. To permit time for the parties to finalize such settlement documents, to avoid further incurrence of attorneys' fees and costs, and any further use of judicial resources related to disposition of the Ceruvia Defendants' motion, the parties request this extension to permit an opportunity to reach resolution of their dispute. This is the parties' second request to extend the Ceruvia Defendants' reply brief deadline.

Only in the event the aforementioned settlement does not finalize, the parties also hereby stipulate for the Ceruvia Defendants to have permission to file a reply brief with a limit of up to 20 pages. More specifically, on December 22, 2022, the Ceruvia Defendants filed a Motion to Dismiss the Amended Complaint ("*Motion*") (ECF No. 62). On February 15, 2023, Plaintiff filed a 55-page Opposition to Motion to Dismiss ("*Opposition*") (ECF No. 85), as well as a Motion for

Leave to Exceed to Page Limit (ECF No. 96). In order for the Ceruvia Defendants to accurately and completely respond to Plaintiff's lengthy Opposition, the Ceruvia Defendants request to exceed the 12-page limit set by Local Rule 7-3 and to increase the limit for their Reply to 20 pages.

This is the parties' first request related to any increase of the page limit permitted for the Ceruvia Defendants' reply brief.

IT IS SO STIPULATED.

Dated this 8th day of May 2023.

| | |
|---|---|
| /s/ Abraham G. Smith<br>DANIEL F. POLSENBERG, ESQ.<br>Nevada Bar No. 2376<br>JOEL D. HENRIOD, ESQ.<br>Nevada Bar No. 8492<br>ABRAHAM G. SMITH, ESQ.<br>Nevada Bar No. 13250<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>3993 Howard Hughes Parkway Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiff* | /s/ Jason. D. Smith<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 0532<br>JASON D. SMITH, ESQ.<br>Nevada Bar No. 9691<br>**HOLLEY DRIGGS**<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br><br>GARY D. SESSER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>JOHN M. GRIEM, ESQ.<br>(Admitted *Pro Hac Vice*)<br>MEREDITH B. SPELMAN, ESQ.<br>(Admitted *Pro Hac Vice*)<br>**CARTER LEDYARD & MILBURN LLP**<br>28 Liberty Street, 41st Floor<br>New York, New York 10005<br><br>*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull* |

**IT IS ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of May, 2023.