1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Brittney Lehtinen, No. 15949
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: blehtinen@kcnvlaw.com

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Bruce A. Ericson (pro hac vice)
7  Lee Brand (pro hac vice)
   Four Embarcadero Center, 22nd Floor
8  San Francisco, California 94111
   Email: bruce.ericson@pillsburylaw.com
9  Email: lee.brand@pillsburylaw.com

10 PILLSBURY WINTHROP SHAW PITTMAN LLP
   David G. Keyko (pro hac vice)
11 31 West 52nd Street
   New York, New York 10019
12 Email: david.keyko@pillsburylaw.com

13 Attorneys for Defendants BPM LLP
   and Russell Burbank

14

15              UNITED STATES DISTRICT COURT

16                   DISTRICT OF NEVADA

| | |
|---|---|
| 17  SCOTT FREEMAN, M.D., as trustee for the SCOTT MITCHELL FREEMAN | Case No. 2:22-cv-01433-RFB-VCF |
| 18  REVOCABLE TRUST, dated March 10, 2012, for itself and as assignee of | Consolidated with: |
| 19  FERDINAND BELGA; | 2:22-cv-01903-JCM-BNW |
| 20                  Plaintiff, | |
| 21  vs. | **BPM LLP AND RUSSELL BURBANK'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 71)** |
| 22  STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH | |
| 23  TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL | |
| 24  BURBANK; BPM LLP; SAVANT | |

|   |   |
|---|---|
| 1 | HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC, |
| 2 | |
| 3 | Defendants, |
| 4 | and |
| 5 | SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC., |
| 6 | |
| 7 | Nominal Defendants. |

Defendants Russell Burbank and BPM LLP ("BPM") move to for an order to exceed the page limit for its reply in support of its motion to dismiss (ECF No. 71). While LR 7-3(b) normally restricts reply briefs to 12 pages, BPM requests leave to file a reply brief with up to 15 pages of points and authorities.

There is good cause for this request as required by LR 7-3(c). On February 15, 2023, Freeman filed a 42-page opposition to BPM's motion to dismiss (ECF No. 91) along with a motion for leave to exceed the normal 24-page limit (ECF No. 96). In order for BPM to completely respond to this lengthy opposition, BPM requests to exceed the normal 12-page limit by just a few pages.

Plaintiffs have consented to this request and do not oppose the page limit increase.

| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| 2 | *[signature]* |
| 3 | Robert McCoy, No. 9121 |
| | Brittney Lehtinen, No. 15949 |
| 4 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| 5 | |
| | PILLSBURY WINTHROP |
| 6 | SHAW PITTMAN LLP |
| | Bruce A. Ericson *(pro hac vice)* |
| 7 | Lee Brand *(pro hac vice)* |
| | Four Embarcadero Center, 22nd Floor |
| 8 | San Francisco, California 94111 |

PILLSBURY WINTHROP
SHAW PITTMAN LLP
David G. Keyko *(pro hac vice)*
31 West 52nd Street
New York, New York 10019

Attorneys for Defendants BPM LLP
and Russell Burbank

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2023.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and I hereby certify that service of the **BPM LLP AND RUSSELL BURBANK'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 71)** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System to the addressee(s) shown below:

| | |
|---|---|
| Daniel F. Polsenberg, No. 2376<br>J. Christopher Jorgensen, No. 5382<br>Joel D. Henriod, No. 8492<br>Abraham G. Smith, No. 13250<br>Lewis Roca Rothgerber Christie<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89169<br>dpolsenberg@lewisroca.com<br>cjorgensen@lewisroca.com<br>jhenriod@lewisroca.com<br>asmith@lewisroca.com<br><br>Attorneys for Plaintiff<br>Scott Freeman, M.D. | Brody R. Wight, No. 13615<br>Troutman Pepper Hamilton Sanders<br>8985 South Eastern Avenue, Ste. 200<br>Las Vegas, Nevada 89123<br>brody.wight@troutman.com<br><br>Attorney for Defendants Savant Addiction Medicine LLC and Savant HWP Holdings, LLC |
| Rew R. Goodenow, No. 3722<br>Michael R. Kealy, No. 971<br>Parsons Behle & Latimer<br>50 West Liberty Street, Ste. 750<br>Reno, Nevada 89501<br>rgoodenow@parsonsbehle.com<br>mkealy@parsonsbehle.com<br><br>Attorneys for Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte | Alex N. Vandiver *(pro hac vice)*<br>Parsons Behle & Latimer<br>201 South Main Street, Ste. 1800<br>Salt Lake City, Utah 84111<br>avandiver@parsonsbehle.com<br><br>Attorneys for Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte |

| | | |
|---|---|---|
| 1 | Nicholas J. Santoro, No. 0532 | Gary D. Sesser *(pro hac vice)* |
| 2 | Jason D. Smith, No. 9691<br>Holley Driggs | John M. Griem *(pro hac vice)*<br>Meredith B. Spelman *(pro hac vice)* |
| 3 | 300 South Fourth Street, Ste. 1600<br>Las Vegas, Nevada 89101 | Carter Ledyard & Milburn LLP<br>28 Liberty Street, 41st Floor |
| 4 | nsantoro@nevadafirm.com<br>jsmith@nevadafirm.com | New York, New York 10005<br>sesser@clm.com |
| 5 | | griem@clm.com<br>spelman@clm.com |
| 6 | Attorneys for Defendants Ceruvia | Attorneys for Defendants Ceruvia |
| 7 | Lifesciences LLC and Carey Turnbull | Lifesciences LLC and Carey Turnbull |

DATED May 15, 2023

_____
Desiree Endres
An employee of Kaempfer Crowell