1  BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
2  JAMES H.S. LEVINE (*pro hoc viche*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3  8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
4  Tel: (470) 832-5586
Fax: (404) 962-6800
5  brody.wight@troutman.com

6  TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
7  Atlanta, GA 30308 *(Corporate Office)*

8  *Attorneys for Savant Addiction Medicine LLC and*
*Savant HWP Holdings, LLC.*
9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  SCOTT FREEMAN, M.D., as TRUSTEE        Case No.:  2:22-cv-01433-RFB-MDC
     FOR THE SCOTT MITCHELL FREEMAN
13  REVOCABLE LIVING TRUST, dated          Consolidated with:
     March 10, 2012, for itself as assignee of
14  FERDINAND BELGA;                        2:22-cv-01903-JCM-BNW

15              Plaintiffs,
16  vs.                                     **STIPULATION AND PROPOSED ORDER TO**
                                            **EXTEND THE DEADLINE FOR**
17  STEPHEN HURST; SUNRAY ASSET             **DEFENDANTS SAVANT ADDICTION**
     MANAGEMENT, INC.; NICO FORTE;         **MEDICINE LLC AND SAVANT HWP**
18  CERUVIA LIFESCIENCES f/k/a CH-TAC;      **HOLDINGS, LLC TO RESPOND TO THE**
     CAREY TURNBULL; RUSSELL               **SECOND AMENDED COMPLAINT**
19  BURBANK, as liquidating trustee for
     nominal defendants SAVANT ADDICTION
20  MEDICINE, LLC and SAVANT HWP
     HOLDINGS, LLC; DOE INDIVIDUALS 1
21  through 20; and ROE CORPORATIONS 1
     through 20,
22
                Defendants.
23
           *and*
24
     SAVANT ADDICTION MEDICINE, LLC;
25  SAVANT HWP HOLDINGS, LLC; and
     SAVANT HWP, INC.,
26
                Nominal Defendants.
27

28
                              PAGE 1
     129296299

1    Plaintiff SCOTT FREEMAN, M.D., as TRUSTEE FOR THE SCOTT MITCHELL FREEMAN

2    REVOCABLE LIVING TRUST, dated March 10, 2012, for itself as assignee of FERDINAND BELGA

3    (**Plaintiff**) and Defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS,

4    LLC (collectively, **Defendants**), by their attorneys, hereby submit this Stipulation to extend the deadline

5    for Defendants to file the response to the Second Amended Complaint.

6    On December 6, 2023, Plaintiff filed a Second Amended Complaint in this action consisting of

7    1,271 paragraphs and 116 exhibits (ECF Nos. 141 through 145–50). Due to the length of the Second

8    Amended Complaint, the parties agreed that all defendants would have until February 2, 2024, to file

9    responses to the Second Amended Complaint, and the stipulation was adopted by the Court in the Second

10    Amended Joint Discovery Plan and Scheduling order. ECF No. 136.

11    Throughout the month of January, Defendants' lead counsel suffered from a severe case of the flu

12    and pneumonia, which resulted in a multi-day hospitalization. These illnesses substantially impacted

13    counsel's ability to perform legal work.

14    As a courtesy to counsel as a result of the above-described illness, the parties agree that

15    Defendants' response to the Second Amended Complaint should be extended to February 9, 2024. The

16    parties stipulate to this extension in good faith and not to harass or cause undue delay.

17    The parties' specific stipulations are as follows:

18    1.    The deadline for Defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT

19    HWP HOLDINGS, LLC to file a response to the Second Amended Complaint, currently set for February

20    2, 2024, should be extended to February 9, 2024.

21

22

23

24

25

26

27

28

129296299

| DATED this 2nd day of February 2024 | DATED this 2nd day of February 2024 |
|---|---|
| **LEWIS ROCA ROTHGERBER CHRISTIE** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ J. Christopher Jorgensen*<br>Daniel F. Polsenberg,<br>Nevada Bar No. 2376<br>J. Christopher Jorgensen<br>Nevada Bar No. 5382<br>Abraham G. Smith<br>Nevada Bar No. 13250<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff* | */s/ Brody R. Wight*<br>Brody R. Wight<br>Nevada Bar No. 13615<br>James H.S. Levine (*pro hoc vice*)<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308<br><br>*Attorneys for Savant Addiction Medicine LLC and Savant HWP Holdings, LLC.* |

## **ORDER**

IT IS HEREBY ORDERED the deadline for Defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC to file a response to the Second Amended Complaint, currently set for February 2, 2024, should be extended to February 9, 2024.

_____
JUDGE, UNITED STATES DISTRICT COURT
Dated: 2/6/2024

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight
Nevada Bar No. 13615
James H.S. Levine (*pro hoc viche*)
8985 S. Eastern Ave., Ste. 200,
Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308

*Attorneys for Savant Addiction Medicine LLC*
*and Savant HWP Holdings, LLC.*

129296299

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February 2024, I caused to be served a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS SAVANT ADDICTION MEDICINE LLC AND SAVANT HWP HOLDINGS, LLC TO RESPOND TO THE SECOND AMENDED COMPLAINT,** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written.

| | |
|---|---|
| David S. Kupetz<br>Sulmeyer Kupetz<br>333 South Hope Street<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1406 | Rory S. Miller<br>Locke Lord LLP<br>300 S. Grand Ave.<br>Suite 2600<br>Los Angeles, CA 90071 |
| William C Mullen<br>Locke Lord LLP<br>300 S. Grand Avenue<br>Suite 2600<br>Los Angeles, CA 90071 | |

☐ **(PERSONAL SERVICE)** By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: N/A

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Carla Llarena*
An employee of TROUTMAN PEPPER HAMILTON SANDERS, LLP

PAGE 4

129296299