Case 2:22-cv-01433-RFB-MDC   Document 208   Filed 08/08/24   Page 1 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule

Abraham G. Smith
  Nevada Bar No. 13250
Robert J. Cassity
  Nevada Bar No. 9997
Erica C. Medley
  Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
agsmith@hollandhart.com
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN MD, individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>　　　　　　　　Defendants,<br><br>and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>　　　　　　　　Nominal Defendants. | Case No. 2:22-cv-1433-RFB-MDC<br><br>**Stipulation and Order to Extend Briefing Schedules** |

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule

**WHEREAS**, the Court previously extended the time to August 2, 2024 for Defendants to answer or otherwise respond to Plaintiff's Third Amended Complaint. *See* ECF No. 196.

**WHEREAS**, on July 31, 2024, Defendants Stephen Hurst and Savant HWP, Inc. filed a motion to disqualify Plaintiff's counsel, to which a response is due on August 14, 2024. *See* ECF No. 201.

**WHEREAS**, on August 1, 2024, Defendant Nico Forte filed a partial motion to dismiss, or alternatively, to strike the Third Amended Complaint. *See* ECF No. 202.

**WHEREAS**, on August 2, 2024, Defendants Nico Forte, Savant HWP, Inc., and Stephen Hurst answered and alleged counterclaims against Plaintiff. *See* ECF No. 203.

**WHEREAS**, on August 2, 2024, Defendants Ceruvia Lifesciences and Carey Turnball filed a motion to dismiss. *See* ECF No. 204.

**WHEREAS**, the undersigned parties are engaged in active settlement negotiations to fully resolve all claims and defenses and desire to conserve resources during said negotiations.

The undersigned parties therefore present the following proposed schedule.[1]

///

///

///

---

[1] This proposed briefing schedule does not modify the deadline for Plaintiff to respond to Defendants Russel Burbank and BPM LLP's motion to dismiss (ECF No. 199).

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, by and through their respective counsel of record, that they will adhere to the revised briefing schedule set forth below:

| Event | Current Date | New Date |
| --- | --- | --- |
| Answer or Response to Third Amended Complaint for Savant LLCs | August 2, 2024 | Friday, September 20, 2024 |
| Opposition to Motion to Disqualify | August 14, 2024 | Friday, September 27, 2024 |
| Opposition to Nico Forte's Motion to Dismiss | August 15, 2024 | Friday, September 27, 2024 |
| Opposition to Ceruvia and Turnball's Motion to Dismiss | August 16, 2024 | Friday, September 27, 2024 |
| Response or Answer to Savant, Hurst, and Forte's Counterclaim | August 23, 2024 | Friday, October 4, 2024 |

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned parties, and through their respective counsel of record, that any reply briefs associated with the extended deadlines will be filed in the normal course.

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule

Respectfully submitted this 5th day of August 2024.

| **HOLLAND & HART LLP** | **HOLLEY DRIGGS** |
|---|---|
| */s/ Abraham G. Smith* <br> Robert J. Cassity <br> Abraham G. Smith <br> Erica C. Medley <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff* | */s/ Jason D. Smith* <br> Nicholas J. Santoro <br> Jason D. Smith <br> 300 South Fourth Street <br> Suite 1600 <br> Las Vegas, NV 89101 <br><br> **CARTER LEDYARD & MILBURN LLP** <br> Gary D. Sesser <br> John M. Griem <br> Meredith B. Spelman <br> 28 Liberty Street, 41st Floor <br> New York, NY 10005 <br><br> *Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC* |
| **PARSONS BEHLE & LATIMER** <br><br> */s/ Rew. R. Goodenow* <br> Rew Goodenow <br> Michael R. Kealy <br> Ethan J. Foster <br> 50 West Liberty Street Suite 750 <br> Reno, Nevada 89501 <br><br> **PARSONS BEHLE & LATIMER** <br> Alex N. Vandiver <br> 201 S. Main Street, Suite 1800 <br> Salt Lake City, UT 84111 <br><br> *Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte* | **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br><br> */s/ James H.S. Levine* <br> James H. S. Levine <br> 1313 Market Street, Suite 5100 <br> Wilmington, DE 19801 <br><br> **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> Brody R. Wight <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC* |

Case 2:22-cv-01433-RFB-MDC   Document 208   Filed 08/08/24   Page 5 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation and Order to Extend Briefing Schedules

**Order**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE,
UNITED STATES MAGISTRATE JUDGE

Dated: 8/8/2024

Case No.: 2:22-cv-01433-RFB-MDC

Holland & Hart

5

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2024, a true and correct copy of the foregoing **Stipulation and Order to Extend Briefing Schedules** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Bruce A. Ericson
Lee Brand
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

David G. Keyko
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendants BPM LLP and Russell Burbank*

**HOLLEY DRIGGS**
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC:*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Brody R. Wight
8985 S. Eastern Avenue, Suite 200
Las Veas, NV 89123

James H. S. Levine
1313 Market Street, Suite 5100
Wilmington, DE 19801

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**PARSONS BEHLE & LATIMER**
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

/s/ Joyce E. Heilich
An Employee of Holland & Hart LLP