Case 2:22-cv-01433-RFB-MDC   Document 228   Filed 11/18/24   Page 1 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule – Fourth Request

Abraham G. Smith
  Nevada Bar No. 13250
Robert J. Cassity
  Nevada Bar No. 9997
Erica C. Medley
  Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
agsmith@hollandhart.com
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN MD, individually and as trustee for THE SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, DATED MARCH 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>                        Plaintiff,<br><br>v.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>                        Defendants,<br><br>and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>                        Nominal Defendants. | Case No. 2:22-cv-1433-RFB-MDC<br><br>**Stipulation and Order to Extend Briefing Schedules – Fourth Request** |

Holland & Hart

1

Case 2:22-cv-01433-RFB-MDC   Document 228   Filed 11/18/24   Page 2 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule – Fourth Request

**WHEREAS**, on three occasions, the Court previously extended the time to the below pleadings, as well as entered a temporary stay of discovery, in light of the Parties' settlement negotiations. *See* ECF Nos. 208, 217, 221.

**WHEREAS**, the undersigned parties are engaged in active settlement negotiations to fully resolve all claims and defenses and desire to conserve resources during said negotiations.

**WHEREAS**, Plaintiff and Defendant Hurst have agreed upon a framework for a settlement, which will involve a global release of all claims in this action. To finalize these settlement negotiations, the Parties have agreed to extend the stay of discovery (pending Court approval) by an additional three months, and the Parties similarly wish to continue conserving resources related to the below briefing schedule for the same reasons. The Parties request three months to accommodate the following: drafting and finalizing the written settlement agreement with all Parties; scheduling all necessary shareholder/member votes to approve said agreement; holding all necessary shareholder/member votes; and, if approved, moving the Court for approval of the Parties' good faith settlement agreement.

The undersigned parties therefore present the following proposed schedule.

///

///

///

Case 2:22-cv-01433-RFB-MDC   Document 228   Filed 11/18/24   Page 3 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule – Fourth Request

1  **IT IS HEREBY STIPULATED AND AGREED**, by and between the
2  undersigned parties, by and through their respective counsel of record, that they will adhere
3  to the revised briefing schedule set forth below:

| Event | Current Date (ECF No. 221) | New Date |
|---|---|---|
| Temporary Stay of Discovery | Nov. 18, 2024 | Tuesday, February 18, 2025 |
| Answer or Response to Third Amended Complaint for Savant LLCs | Nov. 18, 2024 | Tuesday, February 18, 2025 |
| Reply in Support of Motion to Disqualify[1] | Nov. 18, 2024 | Tuesday, February 18, 2025 |
| Opposition to Nico Forte's Motion to Dismiss | Nov. 18, 2024 | Tuesday, February 18, 2025 |
| Opposition to Ceruvia and Turnbull's Motion to Dismiss | Nov. 18, 2024 | Tuesday, February 18, 2025 |
| Response, Answer, and/or other Motions related to Hurst's Counterclaim | Nov. 29, 2024 | Friday, February 28, 2025 |

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned parties, and through their respective counsel of record, that any reply briefs associated with the extended deadlines not addressed above will be filed on or before March 4, 2025.

---

[1] Plaintiff intends to file his Opposition to the Motion to Disqualify (ECF No. 201) by the current deadline, November 18, 2024. However, the Parties agree that any associated reply brief need not be filed until the extended deadline, pending Court approval.

Case 2:22-cv-01433-RFB-MDC   Document 228   Filed 11/18/24   Page 4 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Stipulation and Order to Extend Briefing Schedule – Fourth Request

Respectfully submitted this 15th day of November 2024.

**HOLLAND & HART LLP**

*/s/ Abraham G. Smith*
Robert J. Cassity
Abraham G. Smith
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff*

**PARSONS BEHLE & LATIMER**

*/s/ Rew R. Goodenow*
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

**PARSONS BEHLE & LATIMER**
Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
James H. S. Levine
1313 Market Street, Suite 1000
Wilmington, DE 19801

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Brody R. Wight
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**SPENCER FANE LLP**

*/s/ Gary D. Sesser*
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Lee Brand*
Bruce A. Ericson
Lee Brand
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David G. Keyko
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendants BPM LLP and Russell Burbank*

Case 2:22-cv-01433-RFB-MDC    Document 228    Filed 11/18/24    Page 5 of 6

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Stipulation and Order to Extend Briefing Schedules – Fourth Request

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE
JUDGE

Dated: 11/18/24

Case No.: 2:22-cv-01433-RFB-MDC

Holland & Hart

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2024, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES – FOURTH REQUEST** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Bruce A. Ericson
Lee Brand
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

David G. Keyko
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendants BPM LLP and Russell Burbank*

**SPENCER FANE LLP**
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC:*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Brody R. Wight
8985 S. Eastern Avenue, Suite 200
Las Veas, NV 89123

James H. S. Levine
1313 Market Street, Suite 1000
Wilmington, DE 19801

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**PARSONS BEHLE & LATIMER**
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

/s/ Paige M. Ostlie
An Employee of Holland & Hart LLP

Holland & Hart