Abraham G. Smith
  Nevada Bar No. 13250
Robert J. Cassity
  Nevada Bar No. 9997
Erica C. Medley
  Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
agsmith@hollandhart.com
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN MD, individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>                    Defendants,<br><br>and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>                    Nominal Defendants. | Case No. 2:22-cv-1433-RFB-MDC<br><br>**Stipulation to Substitute Attorneys** |

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation to Substitute Attorneys

1    Pursuant to Local Rule IA 11-6, the undersigned parties hereby stipulate to allow Lewis Roca Rothgerber Christie LLP (specifically, Daniel F. Polsenberg, J. Christopher Jorgensen, and Kory J. Koerperich) (collectively, "Lewis Roca") to withdraw as counsel for Plaintiff Scott Freeman, and to substitute Holland & Hart LLP (specifically, Abraham G. Smith,[1] Robert J. Cassity, and Erica C. Medley) (collectively, "Holland & Hart") as counsel of record. This withdrawal and substitution will not result in delay of discovery or any hearing in the case. Additionally, no trial setting has been made.

Plaintiff believes it is in his best interest to substitute Holland & Hart in place and stead of Lewis Roca to represent him in this action.

Dated this 5th day of August 2024.

/s/ Scott Freeman
Scott Freeman
PLAINTIFF

Lewis Roca hereby consents to Holland & Hart substituting in its stead to represent Plaintiff in the above-entitled matter.

Dated this 5th day of August 2024.

| /s/ Daniel F. Polsenberg | /s/ Chris Jorgensen | /s/ Kory Koerperich |
|---|---|---|
| Daniel F. Polsenberg | J. Christopher Jorgensen | Kory J. Koerperich |

---

[1] Abraham G. Smith, who was previously associated with Lewis Roca and is now associated with Holland & Hart, will continue as counsel of record.

Holland & Hart

2

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-1433-RFB-MDC
Stipulation to Substitute Attorneys

Holland & Hart, through the undersigned, hereby consents to its substitution as counsel of record for Plaintiff in the above-entitled matter.

Dated this 5th day of August 2024.

**HOLLAND & HART LLP**

*/s/ Abraham G. Smith*
Abraham G. Smith
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff*

**Order**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Dated: 11/21/2024

Case No.: 2:22-cv-01433-RFB-MDC

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2024, a true and correct copy of the foregoing **Stipulation to Substitute Attorneys** was served by the following method(s):

☒ Electronic:  by submitting electronically for filing and/or service with the United States District Court District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Bruce A. Ericson
Lee Brand
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

David G. Keyko
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendants BPM LLP and Russell Burbank*

**HOLLEY DRIGGS**
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC:*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Brody R. Wight
8985 S. Eastern Avenue, Suite 200
Las Veas, NV 89123

James H. S. Levine
1313 Market Street, Suite 5100
Wilmington, DE 19801

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**PARSONS BEHLE & LATIMER**
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

/s/ Joyce E. Heilich
An Employee of Holland & Hart LLP

Holland & Hart