Abraham G. Smith
  Nevada Bar No. 13250
Robert J. Cassity
  Nevada Bar No. 9997
Erica C. Medley
  Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
agsmith@hollandhart.com
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN MD, individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>Defendants,<br><br>*and*<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>Nominal Defendants. | Case No. 2:22-cv-1433-RFB-MDC<br><br>**Joint Status Report Regarding Settlement Negotiations** |

Holland & Hart

1

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Joint Status Report Regarding Settlement Negotiations

**WHEREAS**, due to certain parties' settlement negotiations, the Court previously extended the time to respond to certain pleadings, as well as entered a temporary stay of discovery through February 18, 2025. See ECF Nos. 208, 217, 221, 228.

**WHEREAS**, on January 16, 2025, the Court ordered the parties to submit a joint status report regarding the status of settlement negotiations. See ECF No. 230.

**WHEREAS**, on January 21, 2025, after exchanging a written settlement agreement, certain parties determined they were unable to agree on the terms of a settlement. As such, the parties intend to resume litigation of this matter and will file a stipulation and proposed order addressing case scheduling matters by Friday, January 31, 2025.

Respectfully submitted this 23rd day of January 2025.

**Holland & Hart LLP**

*/s/ Abraham G. Smith*
Robert J. Cassity
Abraham G. Smith
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff*

**Parsons Behle & Latimer**

*/s/ Ethan J. Foster*
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

**Parsons Behle & Latimer**
Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

**Spencer Fane LLP**

*/s/ Jason D. Smith*
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**Carter Ledyard & Milburn LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC*

*Scott Freeman MD et al. v. Stephen Hurst et al.*
2:22-cv-01433-RFB-MDC
Joint Status Report Regarding Settlement Negotiations

| | |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Pillsbury Winthrop Shaw Pittman LLP** |
| */s/ James H.S. Levine* <br> James H. S. Levine <br> 1313 Market Street, Suite 1000 <br> Wilmington, DE 19801 | */s/ Bruce A. Ericson* <br> Bruce A. Ericson <br> Lee Brand <br> Four Embarcadero Center, 22nd Floor <br> San Francisco, CA 94111 |
| **Troutman Pepper Hamilton Sanders LLP** <br> Sean Kirby <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 | **Kaempfer Crowell** <br> Robert McCoy <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 |
| *Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC* | **Pillsbury Winthrop Shaw Pittman LLP** <br> David G. Keyko <br> 31 West 52nd Street <br> New York, NY 10019 |
| | *Attorneys for Defendants BPM LLP and Russell Burbank* |

IT IS SO ORDERED. The stipulation is granted in part and Denied in Part. The parties are to submit a proposed stipulation addressing (1) the lift of the temporary stay of discovery and proposing new discovery and pre-trial dates; (2) the deadline to Answer or Response to Third Amended Complaint for Savant LLCs; (3) the deadline to file an Opposition to Nico Forte's Motion to Dismiss; (4) the deadline to file an Opposition to Ceruvia and Turnbull's Motion to Dismiss; and (5) Response, Answer, and/or other Motions related to Hurst's Counterclaim. The stipulation is Denied as to the deadline to file Reply in Support of Motion to Disqualify. Such reply shall be filed by **February 10, 2025.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE
Date:   1-28-25

Case No.:   2:22-cv-01433-RFB-MDC

# Certificate of Service

I hereby certify that on the 23rd day of January 2025, a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS** was served by the following method(s):

☒ <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Bruce A. Ericson
Lee Brand
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

David G. Keyko
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendants BPM LLP and Russell Burbank*

**SPENCER FANE LLP**
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC:*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Sean Kirby
8985 S. Eastern Avenue, Suite 200
Las Veas, NV 89123

James H. S. Levine
1313 Market Street, Suite 1000
Wilmington, DE 19801

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**PARSONS BEHLE & LATIMER**
Rew Goodenow
Michael R. Kealy
Ethan J. Foster
50 West Liberty Street Suite 750
Reno, Nevada 89501

Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

/s/ Paige M. Ostlie
An Employee of Holland & Hart LLP