PARSONS BEHLE & LATIMER
Rew R. Goodenow, Nevada Bar No. 3722
Michael R. Kealy, Nevada Bar No. 971
Ethan J. Foster, Nevada Bar No. 16535
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
RGoodenow@parsonsbehle.com
MKealy@parsonsbehle.com
EFoster@parsonsbehle.com
– and –
PARSONS BEHLE & LATIMER
Alex N. Vandiver, Esq. (*Admitted Pro Hac Vice*)
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
AVandiver@parsonsbehle.com
*Attorneys for Stephen Hurst, Nico Forte and Savant HWP, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br>vs.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; and BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>Defendants.<br><br>and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>Nominal Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:22-cv-01433-RFB-VCF<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

1  Counsel for Defendants Stephen Hurst, Nico Forte and Savant HWP, Inc., hereby moves
2  the Court to grant the withdrawal of attorney Alex N. Vandiver.
3  Rew R. Goodenow, Michael R. Kealy, Ethan J. Foster and Parsons Behle & Latimer remain
4  counsel of record for Defendants in the above-entitled matter.
5  Defendants have been notified of this Motion, and will be served a copy pursuant to local
6  rules.

DATED: March 12, 2025.              PARSONS BEHLE & LATIMER

*/s/ Alex N. Vandiver*
Rew R. Goodenow, Nevada Bar No. 3722
Michael R. Kealy, Nevada Bar No. 971
Ethan J. Foster, Nevada Bar No. 16535
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601

- and –

PARSONS BEHLE & LATIMER
Alex N. Vandiver, Esq. (Admitted Pro Hac Vice)
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111

*Attorneys for Stephen Hurst, Nico Forte and Savant HWP, Inc.*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4-10-25

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Parsons Behle & Latimer, and that on this 12th day of March 2025, I caused a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** to be filed using the Court's e-filing system which served the same on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　 */s/Michelle Orton-Brown*
　　　　　　　　　　　　　　　　　　　　　　　Employee of Parsons Behle & Latimer

4902-6325-7127.v1

3