# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT FREEMAN, M.D., *et al.* | Case No. 2:22-cv-01433-RFB-MDC |
| Plaintiffs, | **ORDER** |
| v. | |
| STEPHEN HURST, *et al.*, | |
| Defendants. | |

Before the Court is a Motion for Injunctive relief by Defendants Stephen Hurst, *et al*. On February 21, 2025, Defendants filed a Motion for Temporary Restraining Order. ECF No. 253. On March 13, 2025, the Court held a held a Motion Hearing on Defendant's motion for injunctive relief.

This order codifies the Court's oral ruling.

On December 6, 2023, Plaintiff filed a Second Amended Complaint. ECF No. 141. On April 10, 2024, Plaintiff filed a Motion to Amend. ECF No, 182. On June 4, 2024, Magistrate Judge Couvillier granted Plaintiff's motion. ECF No. 188. On June 19, 2024, Plaintiff filed the Third Amended Complaint. ECF No. 190. On February 21, 2025, Defendants Savant HWP, Inc., Nico Forte, and Stephen Hurst filed a Motion for Temporary Restraining Order. ECF No. 253. On February 28, 2025, Defendants Savant HWP, Inc., Nico Forte, and Stephen Hurst filed a Motion for Preliminary Injunction. ECF No. 254. On March 6, 2025, The Court granted Defendants Motion for Temporary Restraining Order. ECF No. 261. The injunctive motions were fully briefed on March 12, 2025. On March 13, 2024, the Court held a held a Motion Hearing on Defendant's injunctive motions.

In 2009 William Boulanger, Stephen Hurst, and Scott Freeman founded Savant HWP Inc. From 2009 to 2014, Freeman served on the Board of Directors of Savant HWP Inc. Since the founding of Savant HWP Inc. Hurst has served as Chairman of the Board of Directors and CEO. In 2014, Freeman resigned from the Savant HWP Inc. Board of Directors. Subsequently, Freeman identified the alleged conspiracy to defraud shareholders of Savant Inc. and initiated this action. In February 2025, Defendants contend Freeman began representing himself as CEO and Chairman of the Board of Savant HWP Inc. in communications with financial institutions and the company's counsel. On February 21, 2025, Defendants Savant HWP, Inc., Nico Forte, and Stephen Hurst filed a Motion for a Temporary Restraining Order seeking injunctive relief prohibiting Freeman, his agents, and representatives from

falsely holding themselves out as officers or directors of Savant HWP Inc. or purporting to act on behalf of Savant HWP Inc.

The Court finds that there is a likelihood of success on the merits or a serious question going to the merits in favor of Defendant's Motion for Temporary Restraining Order. Freeman has acknowledged, and the record reflects that he resigned from the Board of Directors of Savant HWP Inc. Additionally, Freeman has not provided evidence of his appointment to the role of CEO and Chairman, or actions he has taken as CEO and Chairman of the Board of Directors of Savant HWP Inc. Furthermore, Hurst has held himself out as the CEO and Chairman of Savant HWP Inc. for decades without contest from Freeman.

For the Foregoing reasons, **IT IS HEREBY ORDERED** that Defendant's Motion for Temporary Restraining Order [253], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Preliminary Injunction [254] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff shall immediately cease representing himself as the CEO or Chairman of Savant HWP Inc. or interfering with the business of Savant HWP Inc.

**IT IS FURTHER ORDERED** that Plaintiff has until December 28, 2025, to file a Motion to Appoint a Receiver.

**IT IS FURTHER ORDERED** that the Motion to Shorten Time [255] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion to Extend Time [260] is **DENIED** as moot.

**DATED:** September 30, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**