1  JASON D. SMITH, ESQ.
   Nevada Bar No. 9691
2  **SPENCER FANE LLP**
   300 South 4th Street, Suite 1600
3  Las Vegas, NV 89101
4  Tel.:   (702) 408-3400 / Fax: (702) 408-3401
   Email: jdsmith@spencerfane.com
5
   Gary D. Sesser, *Admitted Pro Hac Vice*
6  John M. Griem, Jr., *Admitted Pro Hac Vice*
   Meredith B. Spelman, *Admitted Pro Hac Vice*
7  **CARTER LEDYARD & MILBURN LLP**
8  28 Liberty Street, 41st Floor
   New York, NY 10005
9  Tel.:   (212) 732-3200 / Fax: (212) 732-3232
   Email: sesser@clm.com
10         griem@clm.com
           spelman@clm.com
11
   *Attorneys for Defendants Ceruvia Lifesciences LLC*
12 *and Carey Turnbull*

13              **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
14

| | |
|---|---|
| 15  SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>                        Plaintiff,<br><br>      v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROSE CORPORATIONS 1 through 20,<br>                        Defendants,<br>      AND<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC,<br><br>                        Nominal Defendants. | Case No.: 2:22-cv-01433-RFB-VCF<br><br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES AND PAGE LIMITS RELATED TO MOTION FOR LEAVE TO AMEND DEFENDANT STEPHEN HURST'S COUNTERCLAIM AND FOR JOINDER OF ADDITIONAL COUNTERDEFENDANTS (ECF. 300) AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THIRD AMENDED COMPLAINT (ECF NO. 302)**<br><br>**(FIRST REQUEST)** |

- 1 -

*Briefing Schedule and Page Limit Extensions Re: ECF 302*

It is stipulated and agreed, by and between the undersigned parties, by and through their respective counsel of record, that Defendants shall have an additional thirty (30) days to respond to Plaintiff's Motion for Leave to Amend and Supplement Third Amended Complaint (the "***Plaintiff's Motion***") filed on November 3, 2025 (ECF No. 302). With an additional thirty (30) days, the deadline for any responses to Plaintiff's Motion is extended to December 15, 2025. The Parties also agree that the new deadline for replies in support of Plaintiff's Motion will be extended to January 19, 2026.

Given the length and complexity of Plaintiff's Motion, good cause exists for the extension set forth herein. Defendants require additional time to prepare a response to Plaintiff's Motion which is accompanied by a proposed fourth amended complaint that is 364 pages in length and 557 exhibits which total 5,735 pages. This is the first request for an extension of the briefing deadlines associated with the Motion and is not made for the purpose of delay.

Additionally, in light of the length and substance of Plaintiff's Motion, the Parties also stipulate to extend the page requirement to 30 pages for the response briefs and 20 pages for the reply briefs.

*Briefing Schedule and Page Limit Extensions Re: ECF 300*

It is further stipulated and agreed, by and between the undersigned parties, by and through their respective counsel of record, that counter-defendants shall have an additional thirty (30) days to respond to the Motion for Leave to Amend Defendant Stephen Hurst's Counterclaim and for Joinder of Additional Counterdefendants (***"Hurst's Motion for Leave"***) filed on November 3, 2025 (ECF No. 300). With an additional thirty (30) days, the deadline for any responses to Hurst's Motion for Leave is extended to December 15, 2025. The Parties also agree that the new deadline for replies in support of Hurst's Motion for Leave will be extended to January 19, 2026. Good cause exists for the reciprocal extension set forth herein, due to the substance of Hurst's Motion for Leave, and the procedurally inter-related nature of the two pending motions. This is

the first request for an extension of the briefing deadlines associated with Hurst's Motion for Leave and is not made for the purpose of delay.

**IT IS ORDERED.** The stipulation is DENIED because it requests multiple forms of relief. The parties must file separate stipulations relative to each motion at issue.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-13-25 _____

Dated this 11th day of November, 2025.

**SPENCER FANE**

Dated this 11th day of November, 2025.

**HOLLAND & HART LLP**

*/s/ Abraham G. Smith*

_____
ABRAHAM G. SMITH (NBN 13250)
9555 Hillwood Drive, 2nd Floor
Email: agsmith@hollandhart.com

*/s/ Jason D. Smith*

_____
JASON D. SMITH (NBN 9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: jdsmith@spencerfane.com

GARY D. SESSER (*pro hac vice*)
JOHN M. GRIEM (*pro hac vice*)
MEREDITH B. SPELMAN (*pro hac vice*)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, New York 10005
Email: sesser@clm.com
         griem@clm.com
         spelman@clm.com

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC*

Dated this 11th day of November, 2025.

**PARSONS BEHLE & LATIMER**

*/s/ Rew Goodenow*

_____
REW GOODENOW (NBN 3722)
MICHAEL R. KEALY (NBN 971)
ETHAN J. FOSTER (NBN 16535)

Dated this 11th day of November, 2025.

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*

_____
HOLLY E. CHEONG (NBN 11936)
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

4910-0293-9769.v1

...

50 West Liberty Street, Suite 750
Reno, Nevada 89501
Las Vegas, NV 89134
Email: rgoodenow@parsonsbehle.com
        mkealy@parsonsbehle.com
        efoster@parsonsbehle.com

*Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte*

Email: holly.cheong@troutman.com

JAMES H.S. LEVINE (*pro hac vice*)
1313 Market Street, Suite 1000
Wilmington, DE 19801
Email: james.levine@troutman.com

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

Dated this 11th day of November, 2025.

*/s/ Lee Brand*
_____
ROBERT MCCOY (NBN 9121)
BRITTNEY LEHTINEN (NBN 15949)
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Email: rmccoy@kcnvlaw.com
        blehtinen@kvnclaw.com

BRUCE A. ERICSON (*pro hac vice*)
LEE BRAND (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Email: bruce.ericson@pillsburylaw.com
        lee.brand@pillsburylaw.com

DAVID G. KEYKO (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
31 West 52nd Street
New York, NY 10019
Email: david.keyko@pillsburylaw.com

*Attorneys for Defendants BPM LLP and Russell Burbank*