JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.:   (702) 408-3400 / Fax: (702) 408-3401
Email: jdsmith@spencerfane.com

Gary D. Sesser, *Admitted Pro Hac Vice*
John M. Griem, Jr., *Admitted Pro Hac Vice*
Meredith B. Spelman, *Admitted Pro Hac Vice*
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, NY 10005
Tel.:   (212) 732-3200 / Fax: (212) 732-3232
Email: sesser@clm.com
          griem@clm.com
          spelman@clm.com

*Attorneys for Defendants Ceruvia Lifesciences LLC*
*and Carey Turnbull*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROSE CORPORATIONS 1 through 20,<br><br>Defendants,<br><br>AND<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC,<br><br>Nominal Defendants. | Case No.: 2:22-cv-01433-RFB-VCF<br><br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THIRD AMENDED COMPLAINT (ECF NO. 302)**<br><br>**(FIRST REQUEST)** |

It is stipulated and agreed, by and between the undersigned parties, by and through their respective counsel of record, that Defendants shall have an additional thirty (30) days to respond to Plaintiff's Motion for Leave to Amend and Supplement Third Amended Complaint (the "**Plaintiff's Motion**") filed on November 3, 2025 (ECF No. 302). With an additional thirty (30) days, the deadline for any responses to Plaintiff's Motion is extended to December 15, 2025. The Parties also agree that the new deadline for replies in support of Plaintiff's Motion will be extended to January 19, 2026.

Given the length and complexity of Plaintiff's Motion, good cause exists for the extension set forth herein. Defendants require additional time to prepare a response to Plaintiff's Motion which is accompanied by a proposed fourth amended complaint that is 364 pages in length and 557 exhibits which total 5,735 pages.  This is the first request for an extension of the briefing deadlines associated with the Motion and is not made for the purpose of delay.

IT IS SO STIPULATED.

**IT IS ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-19-25

Dated this 17th day of November, 2025.

**HOLLAND & HART LLP**

/s/ Abraham G. Smith
ABRAHAM G. SMITH (NBN 13250)
ROBERT J. CASSITY (NBN 9997)
ERICA C. MEDLEY (NBN 13959)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: agsmith@hollandhart.com
         bcassity@hollandhart.com
         ecmedley@hollandhart.com

*Attorneys for Plaintiff*

Dated this 17th day of November, 2025.

**SPENCER FANE**

/s/  Jason D. Smith
JASON D. SMITH (NBN 9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: jdsmith@spencerfane.com

GARY D. SESSER (*pro hac vice*)
JOHN M. GRIEM (*pro hac vice*)
MEREDITH B. SPELMAN (*pro hac vice*)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor

New York, New York 10005
Email: sesser@clm.com
          griem@clm.com
          spelman@clm.com

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC*

Dated this 17th day of November, 2025.                    Dated this 17th day of November, 2025.

**PARSONS BEHLE & LATIMER**                              **TROUTMAN PEPPER LOCKE LLP**


*/s/ Rew Goodenow*                                       */s/ Holly E. Cheong*
REW GOODENOW (NBN 3722)                                   HOLLY E. CHEONG (NBN 11936)
MICHAEL R. KEALY (NBN 971)                                350 South Grand Avenue, Suite 3400
ETHAN J. FOSTER (NBN 16535)                               Los Angeles, CA 90071
50 West Liberty Street, Suite 750                         Email: holly.cheong@troutman.com
Reno, Nevada 89501
Las Vegas, NV 89134                                       JAMES H.S. LEVINE (*pro hac vice*)
Email: rgoodenow@parsonsbehle.com                         1313 Market Street, Suite 1000
          mkealy@parsonsbehle.com                         Wilmington, DE 19801
          efoster@parsonsbehle.com                        Email: james.levine@troutman.com

*Attorneys for Defendants Stephen Hurst,*                *Attorneys for Defendants Savant HWP*
*Savant HWP Holdings, Inc. and Nico Forte*               *Holdings, LLC and Savant Addiction Medicine*
                                                         *LLC*

Dated this 17th day of November, 2025.

*/s/ Lee Brand*
ROBERT MCCOY (NBN 9121)
BRITTNEY LEHTINEN (NBN 15949)
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Email: rmccoy@kcnvlaw.com
          blehtinen@kvnclaw.com

BRUCE A. ERICSON (*pro hac vice*)
LEE BRAND (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Email: bruce.ericson@pillsburylaw.com
          lee.brand@pillsburylaw.com

DAVID G. KEYKO (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
31 West 52nd Street
New York, NY 10019
Email: david.keyko@pillsburylaw.com

*Attorneys for Defendants BPM LLP and Russell Burbank*