JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel.:  (702) 408-3400 / Fax: (702) 408-3401
Email: jdsmith@spencerfane.com

Gary D. Sesser, *Admitted Pro Hac Vice*
John M. Griem, Jr., *Admitted Pro Hac Vice*
Meredith B. Spelman, *Admitted Pro Hac Vice*
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, NY 10005
Tel.:  (212) 732-3200 / Fax: (212) 732-3232
Email: sesser@clm.com
          griem@clm.com
          spelman@clm.com

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC., NICO FORTE, CERUVIA LIFESCIENCES f/k/a CH-TAC; CAREY TURNBULL; RUSSELL BURBANK, as liquidating trustee for nominal defendants SAVANT ADDICTION MEDICINE, LLC and SAVANT HWP HOLDINGS, LLC; DOE INDIVIDUALS 1 through 20; and ROSE CORPORATIONS 1 through 20,<br>                    Defendants,<br>       AND<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP HOLDINGS, LLC,<br><br>                    Nominal Defendants. | Case No.: 2:22-cv-01433-RFB-VCF<br><br>(Consolidated with 2:22-cv-01903-JCM-BNW)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES RELATED TO MOTION FOR LEAVE TO AMEND DEFENDANT STEPHEN HURST'S COUNTERCLAIM AND FOR JOINDER OF ADDITIONAL COUNTERDEFENDANTS (ECF NO. 300)**<br><br>**(FIRST REQUEST)** |

1    It is stipulated and agreed, by and between the undersigned parties, by and through their respective counsel of record, that counter-defendants shall have an additional thirty (30) days to respond to the Motion for Leave to Amend Defendant Stephen Hurst's Counterclaim and for Joinder of Additional Counterdefendants (*"Hurst's Motion for Leave"*) filed on November 3, 2025 (ECF No. 300). With an additional thirty (30) days, the deadline for any responses to Hurst's Motion for Leave is extended to December 15, 2025. The Parties also agree that the new deadline for replies in support of Hurst's Motion for Leave will be extended to January 19, 2026. Good cause exists for the reciprocal extension set forth herein, due to the substance of Hurst's Motion for Leave, and the procedurally inter-related nature of the two pending motions. This is the first request for an extension of the briefing deadlines associated with Hurst's Motion for Leave and is not made for the purpose of delay.

IT IS SO STIPULATED.

**IT IS ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-20-25

Dated this 17th day of November, 2025.   Dated this 17th day of November, 2025.

**HOLLAND & HART LLP**   **SPENCER FANE**

*/s/ Abraham G. Smith*   */s/ Jason D. Smith*
ABRAHAM G. SMITH (NBN 13250)   JASON D. SMITH (NBN 9691)
ROBERT J. CASSITY (NBN 9997)   300 South Fourth Street, Suite 1600
ERICA C. MEDLEY (NBN 13959)   Las Vegas, Nevada 89101
9555 Hillwood Drive, 2nd Floor   Email: jdsmith@spencerfane.com
Las Vegas, NV 89134
Email: agsmith@hollandhart.com   GARY D. SESSER (*pro hac vice*)
         bcassity@hollandhart.com   JOHN M. GRIEM (*pro hac vice*)
         ecmedley@hollandhart.com   MEREDITH B. SPELMAN (*pro hac vice*)
                                    **CARTER LEDYARD & MILBURN LLP**
*Attorneys for Plaintiff*   28 Liberty Street, 41st Floor
                            New York, New York 10005
                            Email: sesser@clm.com

                                            griem@clm.com
                                            spelman@clm.com

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC*

| | |
|---|---|
| Dated this 17th day of November, 2025. | Dated this 17th day of November, 2025. |
| **PARSONS BEHLE & LATIMER** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Rew Goodenow* | /s/ *Holly E. Cheong* |
| REW GOODENOW (NBN 3722) | HOLLY E. CHEONG (NBN 11936) |
| MICHAEL R. KEALY (NBN 971) | 350 South Grand Avenue, Suite 3400 |
| ETHAN J. FOSTER (NBN 16535) | Los Angeles, CA 90071 |
| 50 West Liberty Street, Suite 750 | Email: holly.cheong@troutman.com |
| Reno, Nevada 89501 | |
| Las Vegas, NV 89134 | JAMES H.S. LEVINE (*pro hac vice*) |
| Email: rgoodenow@parsonsbehle.com | 1313 Market Street, Suite 1000 |
|        mkealy@parsonsbehle.com | Wilmington, DE 19801 |
|        efoster@parsonsbehle.com | Email: james.levine@troutman.com |
| *Attorneys for Defendants Stephen Hurst, Savant HWP Holdings, Inc. and Nico Forte* | *Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC* |

Dated this 17th day of November, 2025.

*/s/ Lee Brand*
ROBERT MCCOY (NBN 9121)
BRITTNEY LEHTINEN (NBN 15949)
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Email: rmccoy@kcnvlaw.com
       blehtinen@kvnclaw.com

BRUCE A. ERICSON (*pro hac vice*)
LEE BRAND (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Email: bruce.ericson@pillsburylaw.com
       lee.brand@pillsburylaw.com

DAVID G. KEYKO (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**

31 West 52nd Street
New York, NY 10019
Email: david.keyko@pillsburylaw.com

*Attorneys for Defendants BPM LLP and Russell Burbank*