PARSONS BEHLE & LATIMER
Rew R. Goodenow, Nevada Bar No. 3722
Michael R. Kealy, Nevada Bar No. 971
Ethan J. Foster, Nevada Bar No. 16535
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
MKealy@parsonsbehle.com
EFoster@parsonsbehle.com

*Attorneys for Stephen Hurst, Nico Forte
and Savant HWP, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; and BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC, <br><br> Defendants. <br><br> and <br><br> SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC., <br><br> Nominal Defendants <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:22-cv-01433-RFB-MDC <br><br><br><br> **MOTION TO WITHDRAW AS COUNSEL** |

Defendant/Counterclaimant Stephen Hurst and Defendants Nico Forte and Savant HWP, Inc. (collectively "Defendants"), move for withdrawal of attorney Michael R. Kealy as their counsel. Mr. Kealy's involvement in this case has been sporadic, on an as-needed and cover

PARSONS
BEHLE &
LATIMER

4919-1898-4583.v1

basis, and such participation has decreased such that he is no longer acting as counsel for Defendants. It is further requested Mr. Kealy's email address (MKealy@parsonsbehle.com) be removed from the Court's CM/ECF efiling service list in connection with this matter.

The parties are currently conducting discovery and there are no pressing deadlines nor hearing or trial dates and this withdrawal will cause no delays. Rew R. Goodenow and Ethan J. Foster will remain counsel of record for said Defendants in the above-entitled matter.

DATED: January 9, 2026.                PARSONS BEHLE & LATIMER

/s/ Rew R. Goodenow
Rew R. Goodenow, Nevada Bar No. 3722
Michael R. Kealy, Nevada Bar No. 971
Ethan J. Foster, Nevada Bar No. 16535
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601

*Attorneys for Stephen Hurst, Nico Forte
and Savant HWP, Inc.*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 2-3-26

PARSONS
BEHLE &
LATIMER

4919-1898-4583.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee of Parsons Behle & Latimer, and that on this 9th day of January, 2026, I filed a true and correct copy of the foregoing document, **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court through the Court's CM/ECF system which sent electronic notification to the following:

Abraham G. Smith, Esq.
Robert J. Cassity, Esq.
Erica C. Medley, Esq.
Lauren D. Wigginton
Holland & Hart
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
agsmith@hollandhart.com
bcassidy@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*

James Levine, Esq.
Troutman Pepper Hamilton Sanders LLP
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
james.levine@troutman.com
-and-
Kalama M. Lui-Kwan, Esq.
Troutman Pepper Hamilton Sanders LLP
3 Embarcadero Center
San Francisco, CA 94111
Kalama.lui-kwan@troutman.com
-and-
Holly E. Cheong, Esq. Nevada Bar No. 11936
Troutman Pepper Locke LLP
Two California Plaza, 350 South Grand Avenue
Suite 3400, Los Angeles, CA 90071
Tele: (213) 928-9850
Fax: (213) 928-9850
holly.cheong@troutman.com

*Attorneys for Nominal Defendants*
*Savant Addiction Medicine LLC and Savant*
*HWP Holdings, Inc.*

Robert McCoy, Esq.
Brittney Lehtinen, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
rmccoy@kcnvlaw.com
blehtinen@kcnvlaw.com
-and-
Bruce A. Ericson, Esq.
Lee Brand, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
bruce.ericson@pillsburylaw.com
lee.brand@pillsburylaw.com
-and-
David G. Keyko, Esq.
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
david.keyko@pillsburylaw.com

*Attorneys for Russell Burbank and BPM*
*LLP*

Nicholas J. Santoro, Esq.
Jason D. Smith, Esq.
Spencer Fane LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
nsantoro@spencerfance.com
jdsmith@spencerfane.com
-and-
Melinda Mae Morton
Procopio
3000 El Camino Real Ste 5-400
Palo Alto, CA 94306
mindy.morton@procopio.com
-and-
Gary D. Sesser, Esq.
John M. Griem, Esq.
Meredith B. Spelman, Esq.
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, New York 10005
sesser@clm.com
griem@clm.com
spelman@clm.com

*Attorneys for Defendants*
*Ceruvia Lifesciences LLC*
*and Carey Turnbull*


 /s/ Nancy A. Prout
Employee of Parsons Behle & Latimer