Abraham G. Smith
　　Nevada Bar No. 13250
Robert J. Cassity
　　Nevada Bar No. 9997
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
agsmith@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN MD, individually and as trustee for THE SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA, | Case No. 2:22-cv-1433-RFB-MDC |
| Plaintiff, | **MOTION TO DISASSOCIATE COUNSEL** |
| *v.* | |
| STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC, | |
| Defendants, | |
| *and* | |
| SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC., | |
| Nominal Defendants. | |
| ALL RELATED CLAIMS | |

Holland & Hart

1

Plaintiff/Counterdefendant Scott Freeman, M.D., moves in accordance with LR IA 11-6 to disassociate Erica C. Medley as an attorney of record in the above-entitled action. As of March 25, 2026, Ms. Medley is no longer associated with the law firm of Holland & Hart LLP.

In compliance with LR IA 11-6(b), Plaintiff has been provided notice of Ms. Medley's departure. Additionally, all other parties to this action will be served a copy of this motion upon filing and therefore receive notice of Ms. Medley's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, trial, or any hearings in this case. As a result, Plaintiff respectfully requests this Court grant this motion in full and remove Ms. Medley from the above-entitled matter. Plaintiff additional requests all notices continue to be directed to the attention of the undersigned counsel, Abraham Smith and Robert Cassity of the law firm of Holland & Hart LLP

March 25, 2026.

**HOLLAND & HART LLP**

*/s/ Abraham G. Smith*
Abraham G. Smith
Robert J. Cassity
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Dated 5-5-26 _____

Holland & Hart

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2026, a true and correct copy of the foregoing **MOTION TO DISASSOCIATE COUNSEL** was served by the following method(s):

☒    Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-Service list to the following email addresses:

**KAEMPFER CROWELL**
Robert McCoy
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Bruce A. Ericson
Lee Brand
Andrew Wu
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David G. Keyko
31 West 52nd Street
New York, NY 10019
*Attorneys for Defendants BPM LLP and Russell Burbank*

**SPENCER FANE LLP**
Nicholas J. Santoro
Jason D. Smith
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

**CARTER LEDYARD & MILBURN LLP**
Gary D. Sesser
John M. Griem
Meredith B. Spelman
28 Liberty Street, 41st Floor
New York, NY 10005

*Attorneys for Defendants Carey Turnbull and Ceruvia Lifesciences, LLC:*

**TROUTMAN PEPPER LOCKE LLP**
Holly Cheong
8985 S. Eastern Avenue, Suite 200
Las Veas, NV 89123

**TROUTMAN PEPPER LOCKE LLP**
James H. S. Levine
1313 Market Street, Suite 1000
Wilmington, DE 19801

*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*

**PARSONS BEHLE & LATIMER**
Rew Goodenow
Ethan J. Foster
50 West Liberty Street
Suite 750
Reno, Nevada 89501

**PARSONS BEHLE & LATIMER**
Alex N. Vandiver
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111

*Attorneys Defendants Stephen Hurst, Savant HWP, Inc. and Nico Forte*

/s/ Paige M. Ostlie
An Employee of Holland & Hart LLP

Holland & Hart

3