MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson (*pro hac vice*)
Lee Brand (*pro hac vice*)
Andrew J. Wu (*pro hac vice*)
Gabriel Lee-Sanchez (*pro hac vice*)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1000
bruce.ericson@pillsburylaw.com
lee.brand@pillsburylaw.com
andrew.wu@pillsburylaw.com
gabriel.leesanchez@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
David G. Keyko (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
(212) 858-1000
david.keyko@pillsburylaw.com

Attorneys for Defendants BPM LLP
and Russell Burbank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA, | Case No. 2:22-cv-01433-RFB-MDC |
| | Consolidated with: |
| | 2:22-cv-01903-JCM-BNW |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |



i

STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC.; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP;

Defendants,

and

SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,

Nominal Defendants.

AND RELATED COUNTERCLAIMS.



MC LAW

ii

Defendants BPM LLP and Russell Burbank hereby substitute:

Robert McCoy
MC LAW NEVADA
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435

as their attorney in the place of Kaempfer Crowell.  This substitution is made to reflect Mr. McCoy's change in firm affiliation.  Mr. McCoy remains as counsel for BPM LLP and Russell Burbank at his new firm.

## CONSENT BY BPM LLP

BPM LLP consents to this substitution.

BPM LLP

*Blase Dillingham*
_____
Blase Dillingham
General Counsel

## CONSENT BY RUSSELL BURBANK

Russell Burbank consents to this substitution.

_____
Russell Burbank

## CONSENT BY KAEMPFER CROWELL

Kaempfer Crowell consents to this substitution.

KAEMPFER CROWELL

_____
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135


MC LAW

1 of 3

Defendants BPM LLP and Russell Burbank hereby substitute:

Robert McCoy
MC LAW NEVADA
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435

as their attorney in the place of Kaempfer Crowell. This substitution is made to reflect Mr. McCoy's change in firm affiliation. Mr. McCoy remains as counsel for BPM LLP and Russell Burbank at his new firm.

**CONSENT BY BPM LLP**

BPM LLP consents to this substitution.

BPM LLP

_____
Blase Dillingham
General Counsel

**CONSENT BY RUSSELL BURBANK**

Russell Burbank consents to this substitution.

_____
Russell Burbank

**CONSENT BY KAEMPFER CROWELL**

Kaempfer Crowell consents to this substitution.

KAEMPFER CROWELL

_____
Brittney Lehtinen, No. 15949
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135


MC LAW

1 of 3

**ACCEPTANCE**

I accept this substitution.  I am admitted to practice in this District.

MC LAW NEVADA

_____
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

Attorneys for Defendants BPM LLP and Russell Burbank

**ORDER**

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   5-5-26  _____


MC LAW

2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that the following document was served on the date below by electronic transmission through the United States District Court for the District of Nevada's CM/ECF Electronic Filing System to the counsel of record and/or parties appearing on the electronic service list in CM/ECF:

**SUBSTITUTION OF COUNSEL**

DATED April 13, 2026

_____
Robert McCoy


MC LAW

3 of 3