UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA; SAVANT NEGLECTED DISEASES LLC; and GALENYX, LLC,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>STEPHEN HURST; SUNRAY ASSET MANAGEMENT, INC.; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>                    Defendants,<br>  and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; SAVANT HWP, INC.; and CERUVIA LIFESCIENCES f/k/a CH TAC, LLC f/k/a SAVANT TAC, LLC,<br><br>                    Nominal Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:22-cv-01433-RFB-MDC<br><br>Consolidated with:<br><br>2:22-cv-01903-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS, SETTING BRIEFING SCHEDULE, AND ALLOWING EXCESS PAGES** |

## RECITALS

A.      WHEREAS, the operative Scheduling Order sets June 5, 2026, as the deadline to file dispositive motions (ECF No. 345 at 15).

B.      WHEREAS, since the entry of that Scheduling Order:

a.      the Court entered a Report and Recommendation and Order allowing Plaintiffs to file a Fourth Amended Complaint but precluding the attachment of any exhibits thereto (ECF No. 351);

b.      Plaintiffs filed an Objection to the Court's determination that they could not attach exhibits to their Fourth Amended Complaint (ECF Nos. 359);

c.      Plaintiffs filed their Fourth Amended Complaint (ECF No. 362); and

d.      Defendants Carey Turnbull and Ceruvia Lifesciences, LLC filed a Memorandum in Partial Support of Plaintiffs' Objection to the extent that Plaintiffs seek to attach the Savant Addiction Medicine, LLC Operating Agreement to the Fourth Amended Complaint (ECF No. 366).

C.      WHEREAS, Defendants have not yet responded to the Fourth Amended Complaint because the Parties have agreed that no response will be due until 14 days after the Court rules on Plaintiffs' Objection, which remains pending.

D.      WHEREAS, certain Defendants have also filed an Objection to the Court's determination that a Fourth Amended Complaint should be allowed at all (ECF No. 364), which also remains pending.

E.      WHEREAS, the Parties respectfully request a new deadline for the filing of dipositive motions that allows more time for finalization of the pleadings, as well as more time for the Parties to prepare their motions.

F.      WHEREAS, the Parties also respectfully request extensions to the briefing schedule and page limits set forth in the Local Rules.

## **DECLARATION**

Pursuant to Local Rule 7-3(a), the undersigned declare under penalty of perjury that, in light of the Fourth Amended Complaint's 22 causes of action raised across 361 pages and 2,009 paragraphs, good cause exists for: (a) a 10-page extension for any dispositive motion from 30 to 40 pages, (b) a 10-page extension for any opposition to a dispositive motion from 30 to 40 pages, and (c) a 5-page extension for any reply in support of a dispositive motion from 20 to 25 pages.

## **STIPULATION**

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree, conditioned on the approval of the Court in which the Action is pending, that:

1.      The deadline for any dispositive motion shall be continued from June 5, 2026, to July 17, 2026.

2.      The deadline for any opposition to a dispositive motion shall be 28 days following the deadline for the motion, on August 14, 2026.

3.      The deadline for any reply in support of a dispositive motion shall be 20 days following the deadline for the opposition, on September 3, 2026.

4.   Each dispositive motion and any opposition thereto shall be limited to 40 pages, excluding exhibits; replies in support of a dispositive motion shall be limited to 25 pages.

5.   In light of this page extension, all briefs must include a table of contents and a table of authorities as required by Local Rule 7-3(c).

6.   All parties reserve the right to challenge multiple summary judgment motions filed by parties, including related parties, under the Local Rules.

Dated this 22nd day of May, 2026.

## ORDER

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED**:   MAY 26, 2026.


OLSON GRIMSLEY KAWANABE
HINCHCLIFF & MURRAY LLC

PILLSBURY WINTHROP
SHAW PITTMAN LLP


*/s/ Eric Olson*
Eric Olson (*pro hac vice*)
eolson@olsongrimsley.com
Kenzo Kawanabe (*pro hac vice*)
kkawanabe@olsongrimsley.com
Noah Nix (admitted *pro hac vice*)
nnix@olsongrimsley.com
700 17th Street, Suite 1600
Denver, CO 80202

*/s/ Lee Brand*
Bruce A. Ericson *(pro hac vice)*
bruce.ericson@pillsburylaw.com
Lee Brand *(pro hac vice)*
lee.brand@pillsburylaw.com
Andrew J. Wu *(pro hac vice)*
andrew.wu@pillsburylaw.com
Gabriel Lee-Sanchez (*pro hac vice*)
gabriel.leesanchez@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

HOLLAND & HART LLP
Abraham G. Smith (No. 13250)
agsmith@hollandhart.com
Robert J. Cassity (No. 9997)
bcassity@hollandhart.com
Maureen Witt (*pro hac vice*)
mwitt@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

David G. Keyko (*pro hac vice*)
david.keyko@pillsburylaw.com
31 West 52nd Street
New York, New York 10019

MC LAW NEVADA
Robert McCoy, No. 9121
rob@rnclawnevada.com
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

*Attorneys for Defendants BPM LLP and Russell Burbank*

PARSONS BEHLE & LATIMER

/s/ Ethan J. Foster
Rew R. Goodenow, No. 3722
rgoodenow@parsonsbehle.com
Ethan J. Foster, No. 16535
efoster@parsonsbehle.com
50 West Liberty Street, Suite 750
Reno, Nevada 89501

*Attorneys for Defendants Stephen Hurst, Savant HWP, Inc., Nico Forte, and Sunray Asset Management, Inc.*

CARTER LEDYARD & MILBURN LLP

/s/ Gary D. Sesser
Gary D. Sesser (*pro hac vice*)
sesser@clm.com
John M. Griem (*pro hac vice*)
griem@clm.com
Meredith B. Spelman (*pro hac vice*)
spelman@clm.com
Allison M. Guerra (*pro hac vice*)
guerra@clm.com
28 Liberty Street, 41st Floor
New York, New York 10005

SPENCER FANE LLP
Nicholas J. Santoro
nsantoro@spencerfane.com
Jason D. Smith
jdsmith@spencerfane.com
300 South Fourth Street
Suite 1600
Las Vegas, NV 89101

*Attorneys for Defendants Ceruvia Lifesciences LLC and Carey Turnbull*

Page 4

TROUTMAN PEPPER LOCKE LLP


*/s/ James H.S. Levine*
James H.S. Levine *(pro hac vice)*
james.levine@troutman.com
1313 Market Street, Suite 5100
Wilmington, Delaware 19801

Holly E. Cheong, No. 11936
holly.cheong@troutman.com
350 South Grand Avenue, Ste. 3400
Los Angeles, California 90071

*Attorneys for Defendants Savant HWP
Holdings, LLC and Savant Addiction
Medicine, LLC*