PARSONS BEHLE & LATIMER
Rew R. Goodenow, Nevada Bar No. 3722
Ethan J. Foster, Nevada Bar No. 16535
Andrew K. Hugentobler, Nevada Bar No. 16892
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
EFoster@parsonsbehle.com
AHugentobler@parsonsbehle.com

*Attorneys for Stephen Hurst, Nico Forte
and Savant HWP, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FREEMAN, M.D., individually and as trustee for the SCOTT MITCHELL FREEMAN REVOCABLE LIVING TRUST, dated March 10, 2012, for itself and as assignee of FERDINAND BELGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEPHEN HURST; NICO FORTE; CERUVIA LIFESCIENCES f/k/a CH TAC LLC f/k/a SAVANT TAC, LLC; CAREY TURNBULL; RUSSELL BURBANK; and BPM LLP; SAVANT HWP, INC.; SAVANT HWP HOLDINGS, LLC; and SAVANT ADDICTION MEDICINE, LLC,<br><br>    Defendants.<br><br>    and<br><br>SAVANT ADDICTION MEDICINE, LLC; SAVANT HWP HOLDINGS, LLC; and SAVANT HWP, INC.,<br><br>    Nominal Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:22-cv-01433-RFB-MDC<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT NICO FORTE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between above-captioned Plaintiff(s), by and through his/their undersigned counsel of record and above-captioned Defendants, by and through their undersigned counsel of record, that Plaintiff(s) hereby dismiss with prejudice all claims

PARSONS
BEHLE &
LATIMER

against Nico Forte under Federal Rule of Civil Procedure 41(a)(2), with the parties to bear their own costs and attorneys' fees.  The parties further stipulate and agree not to allocate any liability or fault to Nico Forte in connection with Plaintiffs' allegations in this action.

The undersigned parties hereby certify that Artificial Intelligence was not used to prepare the foregoing document.

**IT IS ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED:  June 29. 2026. _____

DATED this 29th day of June, 2026.

*/s/ Ethan J. Foster*
Rew R. Goodenow, NBN 3722
Ethan J. Foster, NBN 16535
Andrew K. Hugentobler, NBN 16892
**PARSONS BEHLE & LATIMER**
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
RGoodenow@parsonsbehle.com
EFoster@parsonsbehle.com
AHugentobler@parsonsbehle.com
*Attorneys for Stephen Hurst, Nico Forte*
*and Savant HWP, Inc.*

DATED this 29th day of June, 2026.

*/s/ Allison M. Guerra*
Jason D. Smith, NBN 9691
**SPENCER FANE**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
jdsmith@spencerfane.com

Allison M. Guerra (pro hac vice)
Gary D. Sesser (pro hac vice)
John M. Griem (pro hac vice)
Meredith B. Spelman (pro hac vice)
**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, New York 10005
sesser@clm.com
griem@clm.com
spelman@clm.com
*Attorneys for Defendants Carey Turnbull*
*and Ceruvia Lifesciences*

DATED this 29th day of June, 2026.

*/s/ Eric Olson*
Eric Olson (pro hac vice)
Kenzo Kawanabe (pro hac vice)
Noah Nix (pro hac vice)
**OLSON GRIMSLEY KAWANABE**
**HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
eolson@olsongrimsley.com
kkawanabe@olsongrimsley.com
nnix@olsongrimsley.com

Abraham G. Smith, NBN 13250
Robert J. Cassity, NBN 9997
Erica C. Medley, NBN 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
agsmith@hollandhart.com
bcassity@hollandhart.com
ecmedley@hollandhart.com
*Attorneys for Plaintiff*

PARSONS
BEHLE &
LATIMER

2

DATED this 29th day of June, 2026.

*/s/ Lee Brand*
Robert McCoy, NBN 9121
Brittney Lehtinen, NBN 15949
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
rmccoy@kcnvlaw.com
blehtinen@kvnclaw.com

Bruce A. Ericson (*pro hac vice*)
Lee Brand (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
bruce.ericson@pillsburylaw.com
lee.brand@pillsburylaw.com

David G. Keyko (*pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN**
31 West 52nd Street
New York, NY 10019
david.keyko@pillsburylaw.com
*Attorneys for Defendants BPM LLP and Russell Burbank*

Dated this 29th day of June, 2026.

*/s/ James H.S. Levine*
Holly E. Cheong, NBN 11936
**TROUTMAN PEPPER LOCKE LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
holly.cheong@troutman.com

James H.S. Levine (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1313 Market Street, Suite 1000
Wilmington, DE 19801
james.levine@troutman.com
*Attorneys for Defendants Savant HWP Holdings, LLC and Savant Addiction Medicine LLC*